# United States Bankruptcy Court

Eastern District Of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

IN RE:                                                                          CASE NO: 1−09−43873−ess

George Sette
aka George Sette Sr.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer          CHAPTER: 13
ID No.:

xxx−xx−3364

                DEBTOR(s)

---

## ORDER TO CLOSE DISMISSED CASE

The above−captioned case was dismissed by order dated September 10, 2009

**IT IS ORDERED THAT:**

      Marianne DeRosa (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The Chapter 13 case of the above−named debtor(s) is closed.


                                                                                                s/  Elizabeth S. Stong
                                                                                United States Bankruptcy Judge

Dated: November 19, 2009

**Goclosdsmcs** [Order to Close Dismissed Case rev. 07/21/03]

# CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: jwilkinso          Page 1 of 1          Date Rcvd: Nov 19, 2009
Case: 09-43873                Form ID: 200             Total Noticed: 2

The following entities were noticed by first class mail on Nov 21, 2009.
db           +George Sette,    23 Roberts Drive,    Staten Island, NY 10306-5617
smg          +Diana Adams,    Office of the United States Trustee,    271 Cadman Plaza East,
               Brooklyn, NY 11201-1833

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2009**              **Signature:**    _Joseph Speetjens_